PEOPLE V CORA-ROSARIO, No. 152289; Court of Appeals No. 327147. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Kent Circuit Court to determine whether it would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge*, 498 Mich 358 (2015). On remand, the trial court shall follow the procedure described in Part VI of our opinion. If the trial court determines that it would have imposed the same sentence absent the unconstitutional constraint on its discretion, it may reaffirm the original sentence. If, however, the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The motion for miscellaneous relief is denied. We do not retain jurisdiction.

*Leave to Appeal Denied February 2, 2016:*

PEOPLE V FEW, No. 150852; Court of Appeals No. 323894.

PEOPLE V DAVIE JONES, No. 150862; Court of Appeals No. 324457.

PEOPLE V WHEATLEY, No. 150865; Court of Appeals No. 323505.

PEOPLE V CLEMONS, No. 150870; Court of Appeals No. 324012.

PEOPLE V COOLEY, No. 150878; Court of Appeals No. 317338.

PEOPLE V WELSHANS, No. 150974; Court of Appeals No. 318040.

PEOPLE V GONSER, No. 151118; Court of Appeals No. 324482.
VIVIANO, J., did not participate because he presided over this case in the circuit court.

PEOPLE V ROWMOTO ROGERS, No. 151121; Court of Appeals No. 324777.

PEOPLE V QUINNEY, No. 151122; Court of Appeals No. 324834.

PEOPLE V NOBLE, No. 151123; Court of Appeals No. 324738.

PEOPLE V DAVIE JONES, No. 151126; Court of Appeals No. 322950.

PEOPLE V WALTERS, No. 151130; Court of Appeals No. 324791.

PEOPLE V SHANE, No. 151251; Court of Appeals No. 324456.

PEOPLE V ALONZO, No. 151334; Court of Appeals No. 325437.

PEOPLE V BOPP, No. 151352; Court of Appeals No. 323825.

WHITE V ST JOHN MACOMB HOSPITAL, No. 151355; Court of Appeals No. 316751.
VIVIANO, J., did not participate because he presided over this case in the circuit court.